**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Susan D. Nichelson** | Social Security number or ITIN  **xxx–xx–7786** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **19–20295–JAD** | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Susan D. Nichelson

5/8/19

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 19-20295-JAD
Susan D. Nichelson                                                  Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: admin              Page 1 of 1            Date Rcvd: May 08, 2019
                             Form ID: 318             Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
```
db            +Susan D. Nichelson,   334 Englishman Hill Road,   Connellsville, PA 15425-9330
14982594      +Best Buy Visa,   P.O. Box 790441,   Saint Louis, MO 63179-0441
14982596     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: CBNA,    50 Northwest Point Road,   Elk Grove Village, IL 60007)
14982599       Marine Federal Credit Union,   P.O. Box 1551,   Jacksonville, NC 28541-1551
14982601       PNC Cardmember Services,   P.O. Box 3429,   Pittsburgh, PA 15230-3429
14982602       PNC Mortgage,   P.O. Box 1820,   Dayton, OH 45401-1820
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 03:05:46      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
14982593       EDI: GMACFS.COM May 09 2019 06:48:00      Ally Financial,   P.O. Box 130424,
                Roseville, MN 55113-0004
14982595       EDI: RMSC.COM May 09 2019 06:48:00      CareCredit/Synchrony Bank,
                Attn: Bankruptcy Department,   P.O. Box 965064,   Orlando, FL 32896-5064
14982597       EDI: RMSC.COM May 09 2019 06:48:00      JC Penney/Synchrony Bank,   Attn: Bankruptcy Department,
                P.O. Box 965060,   Orlando, FL 32896-5060
14982598       EDI: WFNNB.COM May 09 2019 06:48:00      Lane Bryant/Comenity Bank,   P.O. Box 182273,
                Columbus, OH 43218-2273
14983301      +EDI: PRA.COM May 09 2019 06:48:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14982600      +E-mail/Text: paparalegals@pandf.us May 09 2019 03:07:05      Patenaude & Felix,
                Gregg L. Morris, Esq.,   501 Corporate Drive--Southpointe-Ste 205,   Canonsburg, PA 15317-8584
14982603       EDI: RMSC.COM May 09 2019 06:48:00      Walmart MasterCard/Synchrony Bank,
                Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                             TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK NATIONAL  ASSOCIATION
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
```
              Charles O. Zebley, Jr.   on behalf of Debtor Susan D. Nichelson COZ@Zeblaw.com, Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee   robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 4
```